IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LAWRENCE HILL**, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:12-CV-4878-L** |
| § | |
| **HUGHES, WATTERS,** § | |
| **ASKANASE, LLP**, § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Docs. 5-6), filed November 30, 2012. On March 28, 2013, Magistrate Judge Renee Harris Toliver entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction be denied. No objections were filed to the Report. Having reviewed the pleadings, motions, record, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Docs. 5-6).

**It is so ordered** this 5th day of June, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page