IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LAWRENCE HILL**, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:12-CV-4878-L** |
| § | |
| **HUGHES, WATTERS &** § | |
| **ASKANASE, L.L.P.**, § | |
| § | |
| Defendant. § | |

### ORDER

Before the court is Defendant's Motion for Summary Judgment (Doc. 27), filed October 10, 2013. Plaintiff did not respond to the summary judgment motion. On March 5, 2014, Magistrate Judge Renee Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow a court order. No objections were filed to the Report. Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow a court order. The dismissal without prejudice of this action moots the summary judgment motion. Accordingly, the court **denies as moot** Defendant's Motion for Summary Judgment (Doc. 27).

**It is so ordered** this 21st day of May, 2014.

Sam A. Lindsay
United States District Judge